**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NICKY FU, *et al.*, <br><br> Defendant(s). | Case No.: C-14-1088 -YGR <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING PRETRIAL SCHEDULE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court, having reviewed the parties' joint case management statement and proposed order (Dkt. No. 20), hereby vacates the Case Management Conference set for June 23, 2014 and sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 12/8/2014 at 2:00 p.m. |
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | 9/30/2014 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | None without Court authorization |
| NON-EXPERT DISCOVERY CUTOFF: | 12/15/2014 |
| DISCLOSURE OF EXPERT REPORTS (RETAINED/NON-RETAINED): | Opening: 11/3/2014 <br> Rebuttal: 11/17/2014 |
| EXPERT DISCOVERY CUTOFF: | 1/15/2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 2/10/2015 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, 4/3/2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 4/10/2015 |
| PRETRIAL CONFERENCE: | Friday, 4/24/2015 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| T<small>RIAL</small> D<small>ATE AND</small> L<small>ENGTH</small>: | Monday, 5/11/2015 at 8:30 a.m. for 2 days (Bench Trial) |
|---|---|

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**I<small>T</small> I<small>S</small> S<small>O</small> O<small>RDERED</small>.**

Dated:  June 20, 2014

_____
**Y<small>VONNE</small> G<small>ONZALEZ</small> R<small>OGERS</small>**
**U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>**